**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00190-CV

_____

## ERIC W. NORRIS, Appellant

## V.

## HOME CARE PROFESSIONAL SERVICES, INC., Appellee

---

### On Appeal from the 281st District Court
### Harris County, Texas
### Trial Court Cause No. 2014-41164

---

### MEMORANDUM OPINION

Appellant, Eric W. Norris, proceeding *pro se*, has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West Supp. 2015), § 101.0411 (West Supp. 2015); Order, Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by the Clerk of this Court on March 24, 2016, that this appeal was subject to dismissal for failure to pay the required fee, appellant did not timely respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.